BEFORE THE THIRD DIVISION, JULY 7, 1964

**No. 68715.**—A & A Food Products, Inc., and Chas. H. Asche & Co., Inc. *v.* United States, protest 62/17738 (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiffs was sustained.